IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 97-21 |
| | : | |
| JAMAL HART | : | |

## **ORDER**

AND NOW, this 29th day of November, 2023, upon consideration of Petitioner Jamal Hart's Motion for Relief from Sentence in the Nature of a Writ of Error Coram Nobis (Document No. 128), the Government's opposition thereto, and the supplemental briefing thereon, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion is DENIED.

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.